Argued June 19, affirmed June 19, petition for rehearing denied July 11, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.*
JAIME BENITEZ (No. C 72-09-2856 Cr), *Appellant.*

510 P2d 1352

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.